**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02249-LTB-MJW

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO, an express trust;
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND, an express trust;
DENVER PLUMBERS JOINT APPRENTICESHIP AND TRAINING FUND, an express trust;
CONTRACT ADMINISTRATION FUND OF NORTHEASTERN COLORADO,
and
PLUMBERS LOCAL UNION NO. 3, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, an unincorporated association,
          Plaintiffs,

v.

CORNERSTONE PLUMBING, INC., a Colorado corporation;
VICTOR C. TALLON, an individual; and
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, an Illinois corporation,
          Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal (Doc 7 - filed December 27, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED:   December 28, 2005